**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___________Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___________Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Bertram Patrick Oce JOINT DEBTOR:______________________ CASE NO.: 16-26052-RAM
Last Four Digits of SS# 0199 Last Four Digits of SS# ___________

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $_________for months ______to ______;
B. $_________for months ______to ______;
C. $_________for months ______to ______; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 0.00 TOTAL PAID $ ______________
Balance Due $____________payable $_______/month (Months _____to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. State of FL Disbursement Unit Arrearage on Petition Date $ 33,000.00
Address: P.O. Box 8500 Arrears Payment $ 166.67 /month (Months _____ to _____)
Tallahassee, FL 32314-8500 Regular Payment $ 866.63 /month (Months _____ to _____)
Account No: 05-24188FC13

2. Lasalle Bank Nat'l Assoc. Arrearage on Petition Date $ 779,950.00
Address: 2315 S. West Temple Dr. Arrears Payment $______/month (Months _____ to _____)
Salt Lake City, Utah 84115 Regular Payment $ 1,966.67 /month (Months _____ to _____)
Account No: 0015209554

3. ______________ Arrearage on Petition Date $__________
Address:______________ Arrears Payment $______/month (Months _____ to _____)
______________ Regular Payment $______/month (Months _____ to _____)
Account No: ______________

'16 DEC 1 PM 02:24 USBC SDFL-MIA

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | % | $ | _____To _____ | |
| | $ | % | $ | _____To _____ | |
| | $ | % | $ | _____To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. ______________ Total Due $________
Payable $________/month (Months____to ____) Regular Payment $________
2. ______________ Total Due $________
Payable $________/month (Months____to ____) Regular Payment $________

Unsecured Creditors: Pay $ 0.00 /month (Months______to ______).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor ______________ Joint Debtor ______________
Date: November 21, 2016 Date:______________

LF-31 (rev. 01/08/10)